**Electronically Filed
Supreme Court
SCWC-12-0001097
15-MAR-2016
11:07 AM**

SCWC-12-0001097

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JEE-EUN TSCHA, Petitioner/Plaintiff-Appellant,

vs.

KATHE L. THORNTON, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001097; CIV. NO. 10-1-0175-01 KTN)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Jee-Eun Tscha's application for writ of certiorari filed on February 8, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 15, 2016.

Janice P. Kim                    /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama
Thomas Tsuchiyama
for respondent                   /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson